IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  14-cv-02167-WYD

LAURA ECOFFEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS MATTER comes before the Court on the stipulated Dismissal Without Prejudice (ECF No. 25).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed without prejudice.  Accordingly, it is ORDERED that the Dismissal Without Prejudice (ECF No. 25) is **APPROVED**.  This matter is **DISMISSED WITHOUT PREJUDICE**.

    Dated:  December 4, 2015

                                        BY THE COURT:

                                        <u>s/ Wiley Y. Daniel</u>
                                        Wiley Y. Daniel,
                                        Senior United States District Judge